FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY -7 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Brian M. Brown, Esq.
State Bar No. 5233
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
bmb@thorndal.com
Attorney for Defendant
LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELROK, LLC, a Delaware limited liability company,<br><br>         Plaintiff,<br>vs.<br><br>LVR MECHANICAL, INC., a New York corporation, d.b.a. LVR ENERGY & MECHANICAL; DOES I-V; and ROES VI-X,<br><br>         Defendants. | CASE NO. 3:16-cv-00715-RCJ-VPC<br><br>**MOTION TO DISASSOCIATE COUNSEL** |

COMES NOW Defendant LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL, by and through its attorneys, Thorndal Armstrong Delk Balkenbush & Eisinger, hereby moves this Court to disassociate ADAM L. WOODRUM, ESQ., as counsel for Defendant LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL, as he is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger. Brian M. Brown, Esq., of the firm Thorndal Armstrong Delk Balkenbush & Eisinger will continue to represent Defendant LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL in this action. Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of ADAM L. WOODRUM from the list of attorneys associated with this case, as well as future

///
///
///
///

- 1 -

pleadings and counsel's proofs of service.

DATED this 4th day of May, 2018.

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH & EISINGER

By: /s/ Brian Brown
BRIAN M. BROWN, ESQ.
State Bar No. 2673
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Defendant
LVR MECHANICAL, INC., d.b.a. LVR
ENERGY & MECHANICAL

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: May 7, 2018

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal, Armstrong, Delk, Balkenbush & Eisinger, and that on this date I caused the foregoing MOTION TO DISASSOCIATE COUNSEL to be served on all parties to this action by:

\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

\_X\_ United States District Court's Electronic Filing System (CM/ECF)

\_\_\_\_ personal delivery

\_\_\_\_ facsimile (fax)

\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

> Timothy E. Rowe, Esq.
> McDonald Carano Wilson LLP
> 100 West Liberty Street, 10th Floor
> Reno, NV 89505
> Attorney for Plaintiff

DATED this 4th day of May, 2018.

                                                    */s/ Laura Bautista*
                                        An employee of Thorndal, Armstrong,
                                          Delk, Balkenbush & Eisinger