TIMOTHY E. ROWE (NSBN 1000)
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Facsimile:   (775) 788-2020
trowe@mcdonaldcarano.com

*Attorneys for Plaintiff, MelRok LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| MELROK, LLC, a Delaware limited liability company, | Case No.: 3:16-cv-00715-RJC-VPC |
| Plaintiff, | |
| v. | |
| LVR MECHANICAL, INC., a New York corporation, d.b.a. LVR ENERGY & MECHANICAL; DOES I-V; and ROES VI-X, | **STIPULATION TO EXTEND TIME FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | **(FIRST REQUEST)** |
| LVR MECHANICAL, INC., a New York corporation, d.b.a. LVR ENERGY & MECHANICAL, | |
| Counter-Claimant, | |
| vs. | |
| MELROK, LLC, a Delaware limited liability company, | |
| Counter-Defendant. | |
| _____/ | |

The above-named parties by and through their respective attorneys of record hereby stipulate and agree that Plaintiff, MelRok LLC, may have up to and including July 17, 2019 within which to respond to Defendant LVR Mechanical, Inc.'s Motion for Summary Judgment filed by defendant in the above-entitled matter on June 7, 2019.

This is the first request for an extension of time to respond to Defendant's Motion for Summary Judgment.

The extension is necessary because Plaintiff's counsel's schedule has made it difficult to prepare the response without the requested extension and because the response requires one or more affidavits from former employees of MelRok that are logistically difficult to obtain.

DATED this 28th day of June, 2019.                DATED this 28th_day of June, 2019.

/s/ Timothy E. Rowe                               /s/ Brian M. Brown
TIMOTHY E. ROWE, ESQ.                             BRIAN M. BROWN, ESQ.
McDonald Carano LLP                               Thorndal, Armstrong, Delk,
100 West Liberty St., 10th Floor                  Balkenbush & Eisinger
Reno, NV  89501                                   6590 S. McCarran Blvd., Suite B
(775)788-2000                                     (775)785-2882

*Attorneys for Plaintiff*                         *Attorneys for Defendant*
*MELROK, LLC*                                     *LVR MECHANICAL, INC.*

IT IS SO ORDERED:

DATED this 3rd day of July, 2019.

_____
U.S. MAGISTRATE JUDGE

4812-7558-2363, v. 1

2