1  Brian M. Brown, Esq.
   State Bar No. 5233
2  Thorndal, Armstrong, Delk, Balkenbush & Eisinger
   6590 S. McCarran, Suite B
3  Reno, Nevada 89509
   Tel: (775) 786-2882
4  bmb@thorndal.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MELROK, LLC, a Delaware limited liability company,

      Plaintiff,

vs.

LVR MECHANICAL, INC., a New York corporation, d.b.a. LVR ENERGY & MECHANICAL; DOES I-V; and ROES VI-X,

      Defendants.

CASE NO. 3:16-cv-00715-RCJ-VPC

**STIPULATION and PROPOSED ORDER TO EXTEND TIME FOR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (First Request)**

    COMES NOW Plaintiff, Melrok, LLC, and Defendant, LVR Mechanical, Inc., d.b.a. LVR Energy & Mechanical, by the through their attorneys of record, hereby stipulate and agree to extend the time for Defendant to file a Reply to Plaintiff's Opposition to Defendant LVR Mechanical's Motion for Summary Judgment [ECF No. 71], up to and including August 16, 2019.

    This is the first request for an extension of time to respond to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

    Good cause exists for this first request for an extension of time due to scheduling with

///
///
///
///

- 1 -

other matters.

Dated this 19th day of July, 2019.

McDONALD CARANO LLP

  /s/ Timothy Rowe
TIMOTHY E. ROWE, ESQ.
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Tel: (775) 788-2000
*Attorney for Plaintiff*
*MELROK, LLC*

Dated this 19th day of July, 2019.

THORNDAL, ARMSTRONG, DELK
  BALKENBUSH & EISINGER

  /s/ Brian Brown
BRIAN M. BROWN, ESQ.
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775)786-2882
*Attorney for Defendant*
*LVR MECHANICAL, INC.*

**ORDER**

IT IS SO ORDERED this 19th day of July, 2019.

_____
UNITED STATES JUDGE