```
Brian M. Brown, Esq.
State Bar No. 5233
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel:  (775) 786-2882
bmb@thorndal.com
Attorney for Defendant
LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELROK, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br>vs.<br><br>LVR MECHANICAL, INC., a New York corporation, d.b.a. LVR ENERGY & MECHANICAL; DOES I-V; and ROES VI-X,<br><br>    Defendants. | CASE NO. 3:16-cv-00715-RCJ-CBC<br><br>ORDER GRANTING<br><br>**MOTION TO DISASSOCIATE COUNSEL** |

COMES NOW Defendant, LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL, by and through its attorneys, Thorndal Armstrong Delk Balkenbush & Eisinger, hereby moves this Court to disassociate LUCAS W. MOLLECK, ESQ., as counsel for Defendant, LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL, as he is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger.   Brian M. Brown, Esq., of the firm Thorndal Armstrong Delk Balkenbush & Eisinger will continue to represent Defendant, LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL in this action.   Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of LUCAS W. MOLLECK, ESQ., from the list of attorneys associated with this case, as well as

/ / /

/ / /

/ / /

future pleadings and counsel's proofs of service.

DATED this 6th day of June, 2019.

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH & EISINGER

By: _/s/  Brian Brown_
BRIAN M. BROWN, ESQ.
State Bar No. 2673
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Defendant
LVR MECHANICAL, INC., d.b.a. LVR
ENERGY & MECHANICAL

IT IS SO ORDERED this 9th day of August, 2019.

_____
ROBERT C. JONES