Wade Carner, Esq.
Nevada Bar No. 11530
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
wnc@thorndal.com
Attorney for Defendant
LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL

FILED ___    RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

AUG 28 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELROK, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br>vs.<br><br>LVR MECHANICAL, INC., a New York corporation, d.b.a. LVR ENERGY & MECHANICAL; DOES I-V; and ROES VI-X,<br><br>        Defendants. | *ORDER*<br><br>CASE NO. 3:16-cv-00715-RCJ-CBC<br><br>**MOTION TO DISASSOCIATE COUNSEL** |

COMES NOW Defendant, LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL, by and through its attorneys, Thorndal Armstrong Delk Balkenbush & Eisinger, hereby moves this Court to disassociate BRIAN M. BROWN, ESQ., as counsel for Defendant, LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL, as he is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger. Wade Carner, Esq., of the firm Thorndal Armstrong Delk Balkenbush & Eisinger will continue to represent Defendant, LVR MECHANICAL, INC., d.b.a. LVR ENERGY & MECHANICAL, in this action. Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of Brian M. Brown, Esq., from the list of attorneys associated with this case, as well as

/ / /

/ / /

/ / /

/ / /

1  future pleadings and counsel's proofs of service.

2        DATED this 26th day of August, 2019.

3                                                THORNDAL, ARMSTRONG,
DELK, BALKENBUSH & EISINGER

By:   /s/  Wade Carner
      WADE CARNER, ESQ.
      Nevada Bar No. 11530
      6590 S. McCarran Blvd., Suite B
      Reno, Nevada 89509
      Attorney for Defendant
      LVR MECHANICAL, INC., d.b.a. LVR
      ENERGY & MECHANICAL

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 8/28/2019

- 2 -