TIMOTHY E. ROWE, ESQ. (NSBN 1000)
LISA WILTSHIRE ALSTEAD, ESQ. (NSBN 10470)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada  89501
Telephone: 775.788.2000
Facsimile:  775.788.2020
trowe@mcdonaldcarano.com
lalstead@mcdonaldcarano.com

*Attorneys for Plaintiff*
*MelRok, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| MELROK, LLC, a Delaware limited liability company, | Case No.: 3:16-CV-00715-RCJ-CBC |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICE** |
| v. | |
| LVR MECHANICAL, INC., a New York corporation, d.b.a. LVR ENERGY & MECHANICAL; DOES I-V; and ROES VI-X, | |
| Defendants. | |

PLEASE TAKE NOTICE of Timothy E. Rowe, Esq.'s disassociation of counsel of record in this case due to retirement.  McDonald Carano LLP, and Lisa Wiltshire Alstead, Esq. and Chelsea Latino, Esq., remain counsel of record for plaintiff MelRok, LLC ("Plaintiff"). Please also let this serve as the request for Timothy E. Rowe, Esq. to be removed from the Court's electronic notices.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**AFFIRMATION**

*The undersigned does hereby affirm that the preceding does not contain the social security number of any person.*

DATED this 18th day of June, 2020.

                                                McDONALD CARANO LLP

By:       /s/ *Timothy E. Rowe*
     Timothy E. Rowe, Esq.
     Nevada Bar No. 1000
     P. O. Box 2670
     Reno, Nevada 89505-2670
     *Attorneys for Plaintiff MelRok, LLC*

IT IS SO ORDERED.

Dated: June 19, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of **McDONALD CARANO LLP** and that on the 18th day of June, 2020, the within document entitled **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICE** was electronically filed with the Clerk of the Court using the ECF system, which will automatically e-serve the same on the attorneys of record set forth below:

> Charles Burcham, Esq.
> Brian M. Brown
> Katherine F. Parks
> Thorndal, Armstrong, Delk, Baldenbush & Esinger
> 6590 S. McCarran Blvd., Suite B
> Reno, Nevada 89509

4832-3924-4224, v. 1