LISA WILTSHIRE ALSTEAD, ESQ. (NSBN 10470)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: 775.788.2000
Facsimile: 775.788.2020
lalstead@mcdonaldcarano.com

*Attorneys for Plaintiff*
*MelRok, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \*

| | |
|---|---|
| MELROK, LLC, a Delaware limited liability company, | Case No.: 3:16-CV-00715-RCJ-CBC |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| LVR MECHANICAL, INC., a New York corporation, d.b.a. LVR ENERGY & MECHANICAL; DOES I-V; and ROES VI-X, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their undersigned counsel of record, Plaintiff MelRok, LLC and Defendant LVR Mechanical, Inc. hereby jointly stipulate to dismiss this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: October 14, 2020.

| | |
|---|---|
| MCDONALD CARANO LLP | THORNDAL ARMSTRONG DELK BALKENBUSH & EISNGER |
| */s/ Lisa Wiltshire Alstead* <br> Lisa Wiltshire Alstead <br> 100 W. Liberty St., 10th Fl. <br> PO Box 2670 <br> Reno, Nevada 89505 <br> Telephone: (775) 788-2000 <br> Facsimile: (775) 788-2020 <br> *Attorneys for MelRok, LLC* | */s/ Michael C. Winn* <br> Michael C. Winn <br> 6590 S. McCarran Blvd., Suite B <br> Reno, Nevada 89509 <br> *Attorneys for LVR Mechanical, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 21, 2020.